UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CATO INSTITUTE, and MACKINAC
CENTER FOR PUBLIC POLICY

                    Plaintiffs,                        Case No. 1:23-cv-11906

v.                                        Honorable Thomas L. Ludington
                                             United States District Judge

MIGUEL CARDONA et al.

                    Defendants.

_____/

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY LOCAL RULE 83.20(f)
SHOULD NOT BE ENFORCED**

On August 4, 2023, Plaintiff filed a complaint with this Court alleging violations of the

Appropriations Clause of Article I Section 9 of the U.S. Constitution and the Administrative

Procedure Act.

Local Rule 83.20(f)(1) provides that:

> A member of the bar of this court who appears as attorney of record in the district
> court and is not an active member of the State Bar of Michigan must specify as
> local counsel a member of the bar of this court with an office in the district. Local
> counsel must enter an appearance and have the authority and responsibility to
> conduct the case if non-local counsel does not do so. On application, the court may
> relieve an attorney who is not an active member of the State Bar of Michigan of the
> obligation to specify local counsel.

E.D. Mich. LR 83.20(f)(1).

Plaintiff's counsel on record, Sheng Li, does not appear to be barred in the state of

Michigan and has not applied for relief from Local Rule 83.20(f)(1). For these reasons, Plaintiff

will be directed to show cause why Local Rule 83.20(f) should not be enforced.

Accordingly, it is **ORDERED** that Defendant is **DIRECTED** to show cause in writing **on

or before August 21, 2023**, why Local Rule 83.20(f) should not be enforced.

Dated: August 7, 2023                    <u>s/Thomas L. Ludington</u>
                                         THOMAS L. LUDINGTON
                                         United States District Judge