## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Michigan

Case Number: 1:23-CV-11906-TLL-PTM

Judge: THOMAS L. LUDINGTON

Plaintiff:
**CATO INSTITUTE, ET AL.,**

vs.

Defendant:
**MIGUEL CARDONA, ET AL.,**

For:
Sheng Li
New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

Received by H&R PROCESS SERVING GROUP, LLC to be served on **UNITED STATES ATTORNEY, 211 W. FORT ST, STE 2001, DETROIT, MI 48226**.

I, YOSHI CARLTON, being duly sworn, depose and say that on the **8th day of August, 2023** at **2:41 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **TRACEY PYLE** as **AUTHORIZED REP** at the address of: **211 W. FORT ST, STE 2001, DETROIT, MI 48226**, who stated they are authorized to accept service for **UNITED STATES ATTORNEY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'5", Weight: 240, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, and have no interest in the above action.

Subscribed and sworn to before me on the 8th day of August, 2023 by the affiant who is personally known to me.

Notary public

HERB ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Oct 31, 2023
ACTING IN COUNTY OF Wayne

YOSHI CARLTON

H&R PROCESS SERVING GROUP, LLC
18701 Grand River
#1121
Detroit, MI 48223
(866) 939-4442

Our Job Serial Number: HNR-2023003106

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 1:23-cv-11906-TLL-PTM

This summons for *(name of individual and title, if any)* **United States Attorney**
was received by me on *(date)* **8-8-2023 - Tuesday**

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* **Tracey Pyle**, who is
designated by law to accept service of process on behalf of *(name of organization)* **U.S. Attorney**
**211 W. Fort ST, #2001, Detroit, MI 48226** on *(date)* **8-8-23; 2:41 PM / Tuesday**

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ **0** for travel and $ **103.80** for services, for a total of $ **103.80**.

I declare under the penalty of perjury that this information is true.

Date: **8-8-2023**

Herb Alexander
HERB ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Oct 31, 2023
ACTING IN COUNTY OF **Wayne**

**Yoshi Carlton**
*Server's Signature*
**Yoshi Carlton - Process Server**
*Printed Name and Title*
**18701 Grand River, #1121, Detroit, MI 48223**
*Server's address*

Additional information regarding attempted service, etc.:

signature: **Tracey Pyle**

**Tracey Pyle 8/8/23**

White Female, 35-40 yrs, 5'4"-5'6", 230-250 LBS, Blonde hair, Glasses
(Authorized Rep)



**INVOICE**

Invoice #HNR-2023003106
8/8/2023

**Send Payments To:**
**H&R PROCESS SERVING GROUP, LLC**
**18701 Grand River**
**#1121**
**Detroit, MI 48223**
**Phone: (866) 939-4442**
**Fax: (313) 262-6428**

Sheng Li
New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

**Case Number:  1:23-CV-11906-TLL-PTM**

Plaintiff:
**CATO INSTITUTE, ET AL.,**

Defendant:
**MIGUEL CARDONA, ET AL.,**

Served: 8/8/2023 2:41 pm
To be served on: UNITED STATES ATTORNEY

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 103.80 | 103.80 |
| TOTAL CHARGED: | | | $103.80 |

| | | | |
|---|---|---|---|
| 8/8/2023 | CC **8331 | Pre-Payment | 103.80 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

Thank you for your business!
ALL INVOICES ARE DUE UPON RECEIPT

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1u

Page 1 / 1