UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Cato Institute, et al.,

Plaintiff(s),

v.                                               Case No. 1:23–cv–11906–TLL–PTM
                                                 Hon. Thomas L. Ludington
Miguel Cardona, et al.,

Defendant(s),

_____


**ORDER VACATING ORDER TO SHOW CAUSE**

The Court having issued an Order to Show Cause on 8/7/2023, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.


s/Thomas L. Ludington
Thomas L. Ludington
U.S. District Judge


**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K Winslow
Case Manager

Dated:  August 9, 2023