UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CATO INSTITUTE, and MACKINAC CENTER FOR PUBLIC POLICY

    Plaintiffs,

  v.

MIGEUL CARDONA et al.

    Defendants.

_____/

Case No.: 1:23-cv-11906

Honorable Thomas L. Ludington
United States District Judge

Appearance of Local Counsel

**MACKINAC CENTER LEGAL FOUNDATION APPEARANCE AS LOCAL COUNSEL**

Pursuant to E.D. Mich LR 83.20(f)(1) and this Court's Order of August 7, 2023 (PageID.37-38), Patrick J. Wright (P54052) hereby enters his appearance on behalf of the Mackinac Center Legal Foundation as local counsel on behalf of Plaintiffs.

Respectfully Submitted,

Dated: August 9, 2023

/s/Patrick J. Wright_
Patrick J. Wright (P54052)
Stephen A. Delie (P80209)
Mackinac Center Legal Foundation
Attorneys for Plaintiffs (Local Counsel)
140 West Main Street
Midland, MI 48640
(989) 631-0900 – voice
(989) 631-0964 – fax