## AMENDED AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Michigan

Case Number: 1:23-CV-11906-TLL-PTM

Judge: THOMAS L. LUDINGTON

Plaintiff:
**CATO INSTITUTE, ET AL.,**

vs.

Defendant:
**MIGUEL CARDONA, ET AL.,**

For:
Sheng Li
New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

Received by H&R PROCESS SERVING GROUP, LLC to be served on **UNITED STATES ATTORNEY, 211 W. FORT ST, STE 2001, DETROIT, MI 48226**.

I, YOSHI CARLTON, being duly sworn, depose and say that on the **8th day of August, 2023** at **2:41 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND OTHERRELIEF; JURY TRIAL DEMANDED, CIVIL COVER SHEET, JURY DEMAND, PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OFMOTION FOR TEMPORARY RESTRAINING ORDERAND PRELIMINARY INJUNCTION, CERTIFICATE OF SERVICE, TABLE OF CONTENTS,TABLE OF AUTHORITIES, INTRODUCTION, ARGUMENT, CONCLUSION, DECLARATION OF JOSEPH G. LEHMAN, DECLARATION OF PETER N. GOETTLER, and TRO AND PI MOTION** with the date and hour of service endorsed thereon by me, to: **TRACEY PYLE** as **AUTHORIZED REP** at the address of: **211 W. FORT ST, STE 2001, DETROIT, MI 48226**, who stated they are authorized to accept service for **UNITED STATES ATTORNEY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'5", Weight: 240, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, and have no interest in the above action.

YOSHI CARLTON

H&R PROCESS SERVING GROUP, LLC
18701 Grand River
#1121
Detroit, MI 48223
(866) 939-4442

Subscribed and sworn to before me on the 9th day of August, 2023 by the affiant who is personally known to me.

Notary public
HERB ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Oct 31, 2023
ACTING IN COUNTY OF Wayne

Our Job Serial Number: HNR-2023003106

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1u