UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CATO INSTITUTE and
MACKINAC CENTER FOR PUBLIC POLICY,

       Plaintiffs,                             Case No. 1:23-cv-11906

v.                                          Honorable Thomas L. Ludington
                                                United States District Judge

MIGUEL CARDONA, et al.,

       Defendants.
_____/

# JUDGMENT

In accordance with the Opinion & Order issued today:

It is **ORDERED** that Plaintiffs' Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE.**

Further, it is **ORDERED** that Plaintiffs' *ex parte* Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 7, is **DENIED AS MOOT**.

**This is a final order and closes the above-captioned case**.

Dated: August 14, 2023                                s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                       United States District Judge