IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Northern Division

| | |
|---|---|
| CATO INSTITUTE<br><br>and<br><br>MACKINAC CENTER FOR PUBLIC POLICY<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, Secretary, U.S. Department of Education, in his official capacity;<br><br>RICHARD CORDRAY, Chief Operating Officer of Federal Student Aid, U.S. Department of Education, in his official capacity;<br><br>U.S. DEPARTMENT OF EDUCATION;<br><br>*Defendants.* | CASE NO. 1:23-cv-11906-TLL-PTM<br><br>Honorable Thomas L. Ludington<br>United States District Judge |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs Cato Institute and the Mackinac Center for Public Policy hereby appeal to the United States Court of Appeals for the Sixth Circuit from this Court's Judgment and final order (ECF 14) of August 14, 2023, along with its Order (ECF 13) of August 14, 2023, dismissing Plaintiffs' complaint and denying Plaintiffs' motion for a temporary injunction and preliminary injunction. Plaintiffs stand on their complaint (ECF 1) as dismissed.

August 15, 2023    Respectfully submitted,

/s/ Sheng Li
SHENG LI,
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Sheng.Li@ncla.legal

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 15, 2023, I caused the service of this Notice of Appeal to be delivered by certified mail to the following Defendants:

Dr. Miguel Cardona
Secretary of Education
U.S. Department of Education
400 Maryland Ave, SW
Washington, DC 20202

Richard Cordray
U.S. Department of Education
400 Maryland Ave, SW
Washington, DC 20202

U.S. Department of Education
400 Maryland Ave, SW
Washington, DC 20202

Hon. Merrick Garland
US Attorney General
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

I further certified that, on August 15, 2023, I caused hand service of this Notice of Appeal to be delivered by process server on the United States Attorney for the Eastern District of Michigan at the following address:

Dawn N. Ison, United States Attorney
Eastern District of Michigan
211 W. Fort Street, Suite 2001
Detroit, MI 48226

/s/ Sheng Li
Sheng Li