UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cato Institute, et al.,

                Plaintiff(s),

v.                                                          Case No. 1:23−cv−11906−TLL−PTM
                                                            Hon. Thomas L. Ludington

Miguel Cardona, et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on August 16, 2023.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ D. Allen
Deputy Clerk

Dated:   August 16, 2023