notice of appeal and certificate of service

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 1:23−cv−11906−TLL−PTM

This notice of appeal and certificate of service for *(name of individual and title, if any)*
was received by me on *(date)* __8-15-2023 / united states Attorney__

[ ] I personally served the notice of appeal and certificate of service on the individual at *(place)*

_____ on *(date)* _____ ; or

[ ] I left the notice of appeal and certificate of service at the individual's residence or usual place of abode with *(name)*

_____ a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X] I served the notice of appeal and certificate of service on *(name of individual)* __Tracey Pyle__ , who is

designated by law to accept service of process on behalf of *(name of organization)* __U.S. Attorney__
__211 W. Fort St, #2001, Detroit,__ on (date) __Tues. 8-22-23; 2:09 PM__
__MI 48226__

[ ] I returned the notice of appeal and certificate of service unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ __0__ for travel and $ __88.50__ for services, for a total of $ __88.50__ .

I declare under the penalty of perjury that this information is true.

Date: __8-22-2023__

_Server's Signature_ __Yoshi Carlton__
__Yoshi Carlton - Process server__
_Printed Name and Title_
__18701 Grand River, #1121, Detroit, MI 48223__
_Server's address_

HERB ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Oct 31, 2023
ACTING IN COUNTY OF wayne

Additional information regarding attempted service, etc.:

signature: __Tracy Pyle__ 8/22/23

white Female,
35-40yrs, 5'4"-5'6",
230-250 LBS, Blonde
hair, Glasses
(Authorized Rep)

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Michigan

Case Number: 1:23-CV-11906-TLL-PTM

Judge: THOMAS L. LUDINGTON

Plaintiff:
**CATO INSTITUTE, ET AL.,**

vs.

Defendant:
**MIGUEL CARDONA, ET AL.,**

For:
Sheng Li
New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

Received by H&R PROCESS SERVING GROUP, LLC to be served on **UNITED STATES ATTORNEY, 211 W. FORT ST, STE 2001, DETROIT, MI 48226**.

I, YOSHI CARLTON, being duly sworn, depose and say that on the **22nd day of August, 2023** at **2:09 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **NOTICE OF APPEAL and CERTIFICATE OF SERVICE** with the date and hour of service endorsed thereon by me, to: **TRACEY PYLE** as **AUTHORIZED REP** at the address of: **211 W. FORT ST, STE 2001, DETROIT, MI 48226**, who stated they are authorized to accept service for **UNITED STATES ATTORNEY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'5", Weight: 240, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, and have no interest in the above action.

Subscribed and sworn to before me on the 22nd day
of August, 2023 by the affiant who is personally
known to me.

_____
Notary public

HERB ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Oct 31, 2023
ACTING IN COUNTY OF wayne

_____
**YOSHI CARLTON**

**H&R PROCESS SERVING GROUP, LLC**
**18701 Grand River**
**#1121**
**Detroit, MI 48223**
**(866) 939-4442**

Our Job Serial Number: HNR-2023003268