# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 31, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

     Re: Case No. 23-1736, *Mackinac Ctr for Public Policy, et al v. Miguel Cardona, et al*
        Originating Case No. 1:23-cv-11906

Dear Ms. Essix:

 Enclosed is a copy of the mandate filed in this case.

              Sincerely yours,

              s/Patricia J. Elder, Senior Case Manager
               for Antoinette Macon, Case Manager

cc: Mr. R.T. Winston Berkman-Breen
   Mr. Sheng Tao Li
   Mr. Seth E. Mermin
   Mr. David Sidney Shaffer Nahmias
   Mr. Thomas Pulham
   Mr. Michael S. Raab
   Ms. Persis S. Yu

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1736

_____

Filed: July 31, 2024

MACKINAC CENTER FOR PUBLIC POLICY; CATO INSTITUTE

      Plaintiffs - Appellants

v.

MIGUEL CARDONA, Secretary, U.S. Department of Education, in his official capacity;; RICHARD CORDRAY, Chief Operating Officer of Federal Student Aid, U.S. Department of Education, in his official capacity; U.S. DEPARTMENT OF EDUCATION

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 05/17/2024 the mandate for this case hereby issues today.

COSTS: None